GUEN WHITE et al., Respondents, *v.* CHARLES S. HOPKINS, Appellant.

Submitted February 23, 1954; decided March 11, 1954.

*Shane and McCarthy* for motion.

No one opposed.

Motion to discontinue appeal granted, with $10 costs to respondents.